**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| **MICHAEL KOSSMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 4:25-cv-1626** |
| | ) | |
| **BLUSKY RESTORATION CONTRACTORS, LLC,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiff Michael Kossman and Defendant BluSky Restoration Contractors, LLC (collectively, the "Parties"), by and through the undersigned counsel, and hereby jointly stipulate and agree, pursuant to Fed. R. Civ. P. 41(a), that this action, and each and every claim asserted therein, shall be dismissed with prejudice, with each party to bear their own costs, expenses, and fees.

Respectfully submitted,

*/s/ Laura Bailey Brown*
Laura Bailey Brown, MO Bar #62732
Harper E. Palmer, MO Bar #75705
**FISHER & PHILLIPS LLP**
4622 Pennsylvania Ave., Ste. 910
Kansas City, MO 64112
TEL: (816) 842-8770
FAX: (816) 842-8767
Email: lkbrown@fisherphillips.com
Email: hpalmer@fisherphillips.com

ATTORNEYS FOR DEFENDANT

*/s/ Krystal K. Weigl*
Krystal K. Weigl MO Bar No. 69874
**WEIGL LAW, LLC**
10805 Sunset Office Dr., Ste. 210
St. Louis, MO 63127
Phone: (314) 707-4626
Email: krystal@weigllaw.com

ATTORNEY FOR PLAINTIFF